IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNIE GRAY JR.,

    Plaintiff,                    No. CIV S 05-0842 MCE DAD P

   vs.

C.A. TERHUNE, et al.,

    Defendants.              ORDER

_____/

      On July 26, 2005, this civil rights action was dismissed without prejudice, and the case was closed. On the same date, the court received plaintiff's untimely request for time to file additional objections to findings and recommendations,[1] to file "a series" of motions, and to amend his complaint. In the alternative, plaintiff requested that the court permit him to withdraw his deficient complaint and proceed at a later time or that the court's dismissal of the action be without prejudice. Plaintiff has filed two additional requests for leave to amend his complaint.

      Plaintiff's filings are not among the documents that may be filed in a case that has been closed. Because this action was dismissed without prejudice, plaintiff is not precluded from filing a new civil rights case. Plaintiff is informed that any complaint submitted for filing as a

---

[1] Plaintiff filed objections on July 11, 2005, and additional objections on July 13, 2005. Those objections were considered by the district judge.

1

1  new case may not be titled "Amended Complaint" and may not bear the case number of this
2  closed case.
3        Accordingly, IT IS HEREBY ORDERED that:
4        1. Plaintiff's July 26, 2005 request for enlargement of time and for a stay is
5  denied as untimely and moot;
6        2. Plaintiff's August 25, 2005 request for leave to amend his complaint in this
7  closed case is denied;
8        3. Plaintiff's September 16, 2005 request for leave to amend his complaint in this
9  closed case is denied; and
10        4. Subsequent filings in this closed case will be disregarded, and no orders will
11  issue in response to future filings.
12  DATED: September 23, 2005.

                        /s/ Dale A. Drozd
                        DALE A. DROZD
                        UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
gray0842.58